IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON E. MORRIS,

      Plaintiff,                        No. 2:11-cv-1171 LKK DAD P

    vs.

A.J. R. BRADFORD et al.,

      Defendants.          ORDER

                             /

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed July 26, 2012, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On November 7, 2012, plaintiff submitted the USM-285 forms but only filed one copy of the amended complaint. On the same day, plaintiff filed a letter addressed to the court in which he asserts that an "L.T.A." has refused to make copies of the complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to return the copy of the complaint submitted by plaintiff on September 15, 2011;

1

2. Plaintiff is directed to present this order to an appropriate prison official together with a request for fourteen copies of his amended complaint;

3. Within thirty days, plaintiff shall submit to the court the fourteen copies of the amended complaint required to effect service; and

4. The Clerk of the Court is directed to serve a copy of this order on Supervising Deputy Attorney General Monica N. Anderson.

DATED: December 3, 2012.

                                            /s/ Dale A. Drozd
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:md:12
morr11cv1171.8f