UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. MORRIS,<br><br>    Plaintiff,<br><br>  v.<br><br>BRADFORD et al.,<br><br>    Defendants. | No. 2:11-cv-1171 LKK DAD P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 26, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed November 26, 2013, are adopted in full;

2. Defendants' motions to revoke plaintiff's IFP status pursuant to 28 U.S.C. § 1915(g) and to dismiss the complaint pursuant to Rules 11 and 18 of the Federal Rules of Civil Procedure (Doc. No. 25) are denied.

DATED: January 9, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT