UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. MORRIS, | No. 2:11-cv-1171 KJM DAD P |
| Plaintiff, | |
| v. | ORDER |
| BRADFORD, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 9, 2015, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 9, 2015, are adopted in full;

2. Defendants' motion for summary judgment based on plaintiff's failure to exhaust administrative remedies (Doc. No. 43) is granted in part and denied in part as follows:

    a. Defendants' motion for summary judgment with respect to plaintiff's Claims 2 and 4-10 is granted;

    b. Defendants' motion for summary judgment with respect to plaintiff's Claims 1 and 3 is denied; and

3. Within thirty days of service of this order, defendants shall file an answer to plaintiff's remaining claims in this action.

DATED: March 4, 2015.

_____
UNITED STATES DISTRICT JUDGE