1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LEON E. MORRIS,                              No.  2:11-cv-1171 TLN DB P

12                  Plaintiff,

13        v.                                      FINDINGS AND RECOMMENDATIONS

14   A.J.R. BRADFORD, et al.,

15                  Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights

18   action under 42 U.S.C. § 1983.  On January 14, 2016 defendants moved for summary judgment.

19   (ECF No. 70.)  Plaintiff received multiple extensions of time to file an opposition.  (See Orders

20   dated Feb. 12, April 21, and Nov. 1, 2016 (ECF Nos. 73, 74, 82).)  On July 13, 2016, plaintiff

21   sought a temporary stay of these proceedings.  (ECF No. 76.)  On November 1, 2016, the court

22   denied that request and informed plaintiff that he had thirty days to file an opposition to

23   defendants' motion for summary judgment.  (ECF No. 82.)

24        On November 18, 2016, plaintiff filed a "declaration" in which he explains that he has

25   been temporarily transferred to the psychiatric program at Salinas Valley State Prison and was not

26   permitted to bring any of his legal property with him.  Plaintiff states that he will not have access

27   to his legal property until he returns to California State Prison-Sacramento ("CSP-Sacramento").

28   ////

                                              1

1    (ECF No. 83.)   Plaintiff does not know how long he will be incarcerated at Salinas Valley.  (Id.

2    at 2.)

3          When the court considered plaintiff's prior motion for a stay, plaintiff had not been

4    transferred to Salinas Valley and the court was unaware that plaintiff would not be permitted

5    access to his legal materials if he was.  Based on this new information, the undersigned construed

6    plaintiff's November 18, 2016 filing as a motion for reconsideration and ordered defendants to

7    respond.  (ECF No. 84.)  Defendants filed a response in which they confirm that plaintiff has been

8    transferred to the psychiatric program at Salinas Valley State Prison due to mental health issues

9    and that as a result of the transfer, plaintiff no longer has access to his legal paperwork because it

10   is still at CSP-Sacramento.  (ECF No. 85.)   Defendants agree that a temporary stay is appropriate

11   until plaintiff is returned to CSP-Sacramento and has access to his legal paperwork.

12          Accordingly, and good cause appearing, the undersigned HEREBY RECOMMENDS that

13         1.  Plaintiff's motion for reconsideration (ECF No. 83) be granted;

14         2.  This case be stayed until plaintiff is returned to CSP-Sacramento and has access to his

15             legal materials;

16         3.  Defendants' January 14, 2016 motion for summary judgment (ECF No. 70) be denied

17             without prejudice to its renewal when the stay is lifted and the case re-opened;

18         4.  Plaintiff be ordered to inform the court when he is returned to CSP-Sacramento; and

19         5.  The Clerk of the Court be directed to administratively close this case.

20          These findings and recommendations will be submitted to the United States District Judge

21   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

22   after being served with these findings and recommendations, any party may file written

23   objections with the court and serve a copy on all parties. The document should be captioned

24   "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

25   objections shall be filed and served within seven days after service of the objections.  The parties

26   ////

27   ////

28   ////

2

1  are advised that failure to file objections within the specified time may result in waiver of the

2  right to appeal the district court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

3  Dated:  December 22, 2016

4

5

6  _____
   DEBORAH BARNES
   UNITED STATES MAGISTRATE JUDGE

7

8

9

10  DLB:9
    DLB1/prisoner-civil rights/morr1171.fr stay

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3