UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. MORRIS, | No. 2:11-cv-1171 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| A.J.R. BRADFORD, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. In January 2016, defendants moved for summary judgment. After he received multiple extensions of time to file an opposition, plaintiff informed the court that he had been temporarily transferred to a psychiatric program at Salinas Valley State Prison and did not have access to his legal materials, which, he believed remained at California State Prison ("CSP")-Sacramento. In February 2017, the court stayed these proceedings until plaintiff regained access to his legal paperwork. (ECF Nos. 86, 87.) Plaintiff was ordered to inform the court when he was returned to CSP-Sacramento.

In August 2017, based on a notice filed by plaintiff in another case pending in this court, plaintiff's address was changed from Salinas Valley State Prison to California State Prison-Lancaster. On January 17, 2018, defendants moved to reopen this case. (ECF No. 88.)

////

Defendants state that plaintiff remains at CSP-Lancaster and should now have possession of his legal materials. Therefore, according to defendants, these proceedings should resume.

Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall inform the court whether he has possession of his legal materials.

Dated: January 22, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/morr1171.mot lift stay