UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. MORRIS,<br><br>      Plaintiff,<br><br>    v.<br><br>A.J. R. BRADFORD, et al.,<br><br>      Defendants. | No. 2:11-cv-1171 TLN DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. In February 2017, the court stayed these proceedings until plaintiff regained access to his legal materials. (ECF Nos. 86, 87.) Also at that time, the court denied defendants' motion for summary judgment without prejudice to its renewal when the stay is lifted.

On January 17, 2018, defendants filed a request to re-open the case. (ECF No. 88.) Defendants noted that plaintiff had been transferred to California State Prison-Los Angeles County ("CSP-LA") where he should have access to his legal materials. On January 23, the court ordered plaintiff to inform it whether he had regained access to his legal materials. (ECF No. 89.) On February 5, plaintiff filed a status report in which he explains that he was told by prison officials at California State Prison-Sacramento ("CSP-Sac") that his legal property has been lost. (ECF No. 90.) Plaintiff asks the court to provide him copies of every document filed in this action.

1

In order to determine how best to proceed, the court requires further information about the status of plaintiff's legal property. Accordingly, counsel for defendants IS HEREBY ORDERED to:

1. Contact the litigation coordinator at CSP-LA and, if necessary, the litigation coordinator at CSP-Sac to determine the whereabouts of plaintiff's legal materials. If no legal materials are located, counsel shall attempt to determine how much legal property plaintiff had and what happened to it.
2. Within twenty days after the filing date of this order, file and serve a statement reflecting the findings of such inquiries, including all appropriate declarations.

Dated: February 27, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/morr1171.ag rpt