UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. MORRIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A.J. R. BRADFORD, et al.,<br><br>　　　　Defendants. | No. 2:11-cv-1171-TLN-DB P<br><br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 18, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 18, 2018 (ECF No. 98) are ADOPTED in full;

1

2. The stay of these proceedings is lifted; and

3. Within thirty (30) days of the date of this order, Plaintiff shall file his opposition to Defendants' Motion for Summary Judgment filed January 14, 2016 (ECF No. 70). Defendants shall file any reply in accordance with Local Rule 230(l).

Dated: August 23, 2018

Troy L. Nunley
United States District Judge