UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON EUGENE MORRIS,<br><br>Plaintiff,<br><br>v.<br><br>A.J. R. BRADFORD, et al.,<br><br>Defendants. | No. 2:11-cv-01171-TLN-DB<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 14, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 105.) Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 14, 2019 (ECF No. 105) are adopted in full;

2. Defendant Auguyo is dismissed from this action based on the Court's prior dismissal of claim 4; and

3. Defendants' motion for summary judgment (ECF No. 70) is granted.

Dated: March 18, 2019

Troy L. Nunley
United States District Judge