UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON EUGENE MORRIS, | No. 2:11-cv-1171 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| A.J. R. BRADFORD, et al., | |
| Defendants. | |

On October 25, 2019, plaintiff filed a request for extension of time. This civil rights action was closed on June 5, 2019. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: November 1, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/morr1171.58